**Fill in this information to identify your case and this filing:**

Debtor 1    **Victor**  **Manuel**  **Curto**
First Name    Middle Name    Last Name

Debtor 2    **Silvia**  **Lamaison**  **Curto**
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the **DISTRICT OF NEW JERSEY**

Case number    **18-31345**
(if known)

☐ Check if this is an amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1.
**49 Jordan Rd**
Street address, if available, or other description

_____

**Colonia**      **NJ**    **07067**
City    State    ZIP Code

**Middlesex**
County

**What is the property?**
Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other_____

**Who has an interest in the property?**
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$285,000.00

**Current value of the portion you own?**
$285,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Home**

☐ **Check if this is community property**
  (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here......................................** → | $285,000.00 |

### Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

Debtor 1    **Victor Manuel Curto**

**Silvia Lamaison Curto**

Case number (if known) **18-31345**

| 3.1. | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|
| Make: **Mercury** | ☐ Debtor 1 only | | |
| Model: **Villager** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: **2002** | ☒ Debtor 1 and Debtor 2 only | | |
| Approximate mileage **160,000** | ☐ At least one of the debtors and another | **$1,100.00** | **$1,100.00** |
| Other information: **2002 Mercury Villager (approx.** | ☐ **Check if this is community property** (see instructions) | | |

| 3.2. | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|
| Make: **Nissan** | ☐ Debtor 1 only | | |
| Model: **Sentra** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: **2003** | ☒ Debtor 1 and Debtor 2 only | | |
| Approximate mileage **155,000** | ☐ At least one of the debtors and another | **$1,000.00** | **$1,000.00** |
| Other information: **2003 Nissan Sentra (approx. 155,000** | ☐ **Check if this is community property** (see instructions) | | |

| 3.3. | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|
| Make: **Kia** | ☐ Debtor 1 only | | |
| Model: **optima** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: **2011** | ☒ Debtor 1 and Debtor 2 only | | |
| Approximate mileage **90,000** | ☐ At least one of the debtors and another | **$8,000.00** | **$8,000.00** |
| Other information: **2011 Kia optima (approx. 90,000** | ☐ **Check if this is community property** (see instructions) | | |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☒ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here......................................... ➔   **$10,100.00**

**Part 3:    Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☒ Yes. Describe                                                                      **$3,500.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☒ Yes. Describe    **computer tvs**                                                 **$350.00**

Debtor 1    **Victor Manuel Curto**

**Silvia Lamaison Curto**
_____    Case number (if known) **18-31345**

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe    _____

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe    _____

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe    _____

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe    **Debtors clothing**    **$500.00**

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes. Describe    **watch,  ring**    **$800.00**

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe    _____

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Give specific information.......    _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.................................................................** ➔    **$5,150.00**

---

**Part 4:    Describe Your Financial Assets**

---

**Do you own or have any legal or equitable interest in any of the following?**    **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ☑ Yes.................................................................... Cash:  ...................    **$200.00**

Debtor 1    **Victor Manuel Curto**

**Silvia Lamaison Curto**                                                    Case number (if known) **18-31345**

**17. Deposits of money**
Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes.....................        Institution name:

17.1.  Checking account:    Checking account                                              $1,100.00

**18. Bonds, mutual funds, or publicly traded stocks**
Examples: Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes.....................   Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☒ No
☐ Yes.  Give specific information about them...................   Name of entity:                          % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes.  Give specific information about them...................   Issuer name:

**21. Retirement or pension accounts**
Examples: Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☒ No
☐ Yes.  List each account separately. Type of account:    Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
Examples: Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☒ No
☐ Yes.....................   Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes.....................   Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No
☐ Yes.....................   Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No
☐ Yes.  Give specific information about them                                      _____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
Examples: Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No
☐ Yes.  Give specific information about them                                      _____

Debtor 1    **Victor Manuel Curto**

**Silvia Lamaison Curto**

Case number (if known) **18-31345**

**27. Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes.  Give specific information about them

_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No

☐ Yes.  Give specific information about them, including whether you already filed the returns and the tax years............

Federal: _____

State: _____

Local: _____

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes.  Give specific information

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes.  Give specific information

_____

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes.  Name the insurance company of each policy and list its value.......... Company name:    Beneficiary:    Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No

☐ Yes.  Give specific information

_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes.  Describe each clair

_____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes.  Describe each clair

_____

Debtor 1    **Victor Manuel Curto**

**Silvia Lamaison Curto**                                      Case number (if known) **18-31345**

**35. Any financial assets you did not already list**

☒ No
☐ Yes.  Give specific inform                                                        _____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4.  Write that number here**.................................................................➔ | **$1,300.00** |

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.** |

**37. Do you own or have any legal or equitable interest in any business-related property?**

☒ No.  Go to Part 6.
☐ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☒ No
☐ Yes.  Describ                                                            _____

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☒ No
☐ Yes.  Describ                                                            _____

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☒ No
☐ Yes.  Describ                                                            _____

**41. Inventory**

☒ No
☐ Yes.  Describ                                                            _____

**42. Interests in partnerships or joint ventures**

☒ No
☐ Yes.  Describe  Name of entity:                            % of ownership:

**43. Customer lists, mailing lists, or other compilations**

☒ No
☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
   ☐ No
   ☐ Yes.  Describe                                                       _____

**44. Any business-related property you did not already list**

☒ No
☐ Yes.  Give specific information.

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5.  Write that number here**.................................................................➔ | **$0.00** |

Debtor 1    **Victor Manuel Curto**

**Silvia Lamaison Curto**

Case number (if known) **18-31345**

---

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| | **If you own or have an interest in farmland, list it in Part 1.** |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes.. _____

**48. Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific
information......... _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes.. _____

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes.. _____

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific
information......... _____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here..................................................** ➔ | $0.00 |

---

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes.  Give specific information.

**54. Add the dollar value of all of your entries from Part 7.  Write that number here...........................** ➔ | $0.00 |

---

Debtor 1    **Victor Manuel Curto**

　　　　　**Silvia Lamaison Curto**

Case number (if known) **18-31345**

| **Part 8:** | **List the Totals of Each Part of this Form** |
| --- | --- |

**55. Part 1: Total real estate,** line 2.......................................................................................➔   $285,000.00

**56. Part 2: Total vehicles,** line 5   $10,100.00

**57. Part 3: Total personal and household items,** line 15   $5,150.00

**58. Part 4: Total financial assets,** line 36   $1,300.00

**59. Part 5: Total business-related property,** line 45   $0.00

**60. Part 6: Total farm- and fishing-related property,** line 52   $0.00

**61. Part 7: Total other property not listed,** line 54   **+**   $0.00

**62. Total personal property.** Add lines 56 through 61.............   $16,550.00   Copy personal property total➔   **+**   $16,550.00

**63. Total of all property on Schedule A/B** Add line 55 + line 62..................................................   $301,550.00

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Victor** | **Manuel** | **Curto** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Silvia** | **Lamaison** | **Curto** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**

Case number **18-31345**
(if known)

☐ Check if this is an amended filing

---

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying c
Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt.
space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary.  On the top of any additional pages,
write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.  One way of doing so**
**is to state a specific dollar amount as exempt.  Alternatively, you may claim the full fair market value of the property being**
**exempted up to the amount of any applicable statutory limit.  Some exemptions--such as those for health aids, rights to**
**receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount.  However, if you claim an**
**exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of**

---

## Part 1:    Identify the Property You Claim as Exempt

1.   **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)
☑ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2.   **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for* | |
| Brief description:<br>**49 Jordan Rd**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B:*  **1.1** | **$285,000.00** | ☑  **$0.00**<br>☐ 100% of fair market value, up to any | |
| Brief description:<br>**49 Jordan Rd**<br><br>Line from *Schedule A/B:*  **1.1** | **$285,000.00** | ☑  **$0.00**<br>☐ 100% of fair market value, up to any | |

3.   **Are you claiming a homestead exemption of more than $160,375?**
(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No
☐ Yes.  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
    ☐ No
    ☐ Yes

---

Debtor 1    **Victor Manuel Curto**

**Silvia Lamaison Curto**

Case number (if known) **18-31345**

---

| Part 2: | **Additional Page** |

| **Brief description of the property and line on** *Schedule A/B* **that lists this property** | **Current value of the portion you own** | **Amount of the exemption you claim** | **Specific laws that allow exemption** |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for* | |
| Brief description: <br> **2002 Mercury Villager (approx. 160000 miles)** <br><br> Line from *Schedule A/B*: **3.1** | **$1,100.00** | ☑ **$1,100.00** <br> ☐ 100% of fair market value, up to any | 11 U.S.C. § 522(d)(2) |
| Brief description: <br> **2002 Mercury Villager (approx. 160000 miles)** <br><br> Line from *Schedule A/B*: **3.1** | **$1,100.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any | 11 U.S.C. § 522(d)(5) |
| Brief description: <br> **2003 Nissan Sentra (approx. 155,000 miles)** <br> **(1st exemption claimed for this asset)** <br> Line from *Schedule A/B*: **3.2** | **$1,000.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any | |
| Brief description: <br> **2003 Nissan Sentra (approx. 155,000 miles)** <br><br> Line from *Schedule A/B*: **3.2** | **$1,000.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any | 11 U.S.C. § 522(d)(5) |
| Brief description: <br> **2011 Kia optima (approx. 90,000 miles)** <br> **(1st exemption claimed for this asset)** <br> Line from *Schedule A/B*: **3.3** | **$8,000.00** | ☑ **$687.00** <br> ☐ 100% of fair market value, up to any | 11 U.S.C. § 522(d)(2) |
| Brief description: <br> **2011 Kia optima (approx. 90,000 miles)** <br> **(2nd exemption claimed for this asset)** <br> Line from *Schedule A/B*: **3.3** | **$8,000.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any | 11 U.S.C. § 522(d)(5) |
| Brief description: <br> **Usual Household furnishings** <br><br> Line from *Schedule A/B*: **6** | **$3,500.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any | 11 U.S.C. § 522(d)(3) |
| Brief description: <br> **Usual Household furnishings** <br><br> Line from *Schedule A/B*: **6** | **$3,500.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any | 11 U.S.C. § 522(d)(5) |
| Brief description: <br> **computer tvs** <br> **(1st exemption claimed for this asset)** <br> Line from *Schedule A/B*: **7** | **$350.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any | |

| Debtor 1 | **Victor Manuel Curto** | |
|---|---|---|
| | **Silvia Lamaison Curto** | |

Case number (if known) **18-31345**

---

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for* | |
| Brief description: **computer tvs** **(2nd exemption claimed for this asset)** Line from *Schedule A/B*: **7** | **$350.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Debtors clothing** **(1st exemption claimed for this asset)** Line from *Schedule A/B*: **11** | **$500.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Debtors clothing** Line from *Schedule A/B*: **11** | **$500.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any | **11 U.S.C. § 522(d)(5)** |
| Brief description: **watch,  ring** Line from *Schedule A/B*: **12** | **$800.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any | **11 U.S.C. § 522(d)(4)** |
| Brief description: **watch,  ring** **(2nd exemption claimed for this asset)** Line from *Schedule A/B*: **12** | **$800.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any | |
| Brief description: **cash available** Line from *Schedule A/B*: **16** | **$200.00** | ☑ **$200.00** ☐ 100% of fair market value, up to any | |
| Brief description: **Checking account** Line from *Schedule A/B*: **17.1** | **$1,100.00** | ☑ **$1,100.00** ☐ 100% of fair market value, up to any | **11 U.S.C. § 522(d)(5)** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Victor** | **Manuel** | **Curto** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Silvia** | **Lamaison** | **Curto** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**

Case number **18-31345**
(if known)

☐ Check if this is an
amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this
   ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List All Secured Claims** |
|---|---|

2. **List all secured claims.** If a creditor has more than one secured
   claim, list the creditor separately for each claim. If more
   than one
   creditor has a particular claim, list the other creditors in

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>that supports this<br>claim | Column C<br>**Unsecured**<br>**portion**<br>If any |
|---|---|---|---|

| 2.1 | **Describe the property that<br>secures the claim:** | $107,730.00 | $285,000.00 | $92,730.00 |
|---|---|---|---|---|
| **Internal Revenue Service** | **49 Jordan Rd** | | | |
| Creditor's name | | | | |
| **PO Box 7346** | | | | |
| Number        Street | | | | |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Philadelphia** | **PA** | **19101-7346** |
|---|---|---|
| City | State | ZIP Code |

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates
to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **1040 Taxes**

Date debt was incurred **2012**        Last 4 digits of account number **2    4    3    4**

Add the dollar value of your entries in Column A on this page. Write
that number here:

| $107,730.00 |
|---|

Debtor 1    **Victor Manuel Curto**

 **Silvia Lamaison Curto**

Case number (if known) **18-31345**

| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

**2.2**

**Internal Revenue Service**
Creditor's name
**PO Box 7346**
Number    Street

Describe the property that secures the claim: | **$8,550.00** | **$6,150.00** | **$2,400.00**

**personal assets**

**Philadelphia      PA    19101-7346**
City      State    ZIP Code

**As of the date you file, the claim is** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
 **1040 Taxes**

**Date debt was incurred** 2012

**Last 4 digits of account number** ___ ___ ___ ___

**2.3**

**Leaders Financial Comp**
Creditor's name
**21 Commerce Dr Fl 1**
Number    Street

Describe the property that secures the claim: | **$7,313.00** | **$8,000.00** |

**2010 kia**

**Cranford        NJ    07016**
City      State    ZIP Code

**As of the date you file, the claim is** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
 **Automobile**

**Date debt was incurred** 05/2016    **Last 4 digits of account number** 6  6  0  1

Add the dollar value of your entries in Column A on this page.  Write that number here: | **$15,863.00**

Debtor 1    **Victor Manuel Curto**

**Silvia Lamaison Curto**

Case number (if known) **18-31345**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

| 2.4 | **Describe the property that secures the claim:** | $270,000.00 | $285,000.00 |
|---|---|---|---|

**Mr. Cooper**

Creditor's name

**350 Highland Drive**

Number      Street

49 Jordan Rd

_____

**Lewisville        TX    75067**
City                State    ZIP Code

**As of the date you file, the claim is** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☑ Other (including a right to offset)
   **Real Estate Mortgage**

**Date debt was incurred** 2003        **Last 4 digits of account number** 3    4    6    9

Add the dollar value of your entries in Column A on this page. Write that number here:

$270,000.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

$393,593.00

| Debtor 1 | **Victor Manuel Curto** | | |
| | **Silvia Lamaison Curto** | Case number (if known) | **18-31345** |

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1.  For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and

then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Part 1,

| 1 | **Ras Crane LLC** | On which line in Part 1 did you enter the creditor? **2.4** |
| | Name | |
| | **130 clinton Rd** | Last 4 digits of account number ___ ___ ___ ___ |
| | Number        Street | |
| | **suite 202** | |

| **Fairfield** | **NJ** | **07004** |
| City | State | ZIP Code |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Victor** | **Manuel** | **Curto** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Silvia** | **Lamaison** | **Curto** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number  18-31345
(if known)

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G).
Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.*
If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left.  Attach the Continuation Page to this page.  On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

☑ No.  Go to Part 2.
☐ Yes.

2.  **List all of your priority unsecured claims.**  If a creditor has more than one priority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts.  As much as possible, list the claims in alphabetical order according to

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.1**

_____
Priority Creditor's Name

_____
Number        Street

_____

_____

_____
City                State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___  ___  ___  ___

**When was the debt incurred?**_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other.  Specify

Debtor 1    **Victor Manuel Curto**

**Silvia Lamaison Curto**

Case number (if known) **18-31345**

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.

☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**

If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each

claim listed, identify what

type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim,

**Total claim**

---

**4.1**

**Enhanced Recovery Co L**
Nonpriority Creditor's Name

**8014 Bayberry Rd**
Number          Street

**Jacksonville          FL      32256**
City                            State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number **3    0    1    3**

**When was the debt incurred? 09/2016**

**As of the date you file, the claim is** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Collection Attorney**

**$1,353.00**

---

**4.2**

**NJ Div of Taxation**
Nonpriority Creditor's Name

**50 Barrack Street**
Number          Street

**Trenton          NJ      08608**
City                            State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number **2    4    3    4**

**When was the debt incurred? 2012**

**As of the date you file, the claim is** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**1040 Taxes**

**$7,000.00**

---

Debtor 1    **Victor Manuel Curto**

**Silvia Lamaison Curto**

Case number (if known) **18-31345**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.3 |
|---|

$1,295.00

**Pinnacle Llc/resurgent**
Nonpriority Creditor's Name

**Po Box 10497**

Number        Street

**Greenville**        **SC**    **29603**
City        State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** 0    0    0    1

**When was the debt incurred?** 04/2014

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Factoring Company Account**

Debtor 1    **Victor Manuel Curto**

**Silvia Lamaison Curto**

Case number (if known) **18-31345**

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---------|--------------------------------------------------|

6.   Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
     28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

**Total claim**

Total claims
from Part 1

6a.   **Domestic support obligations**                                    6a.   _____ **$0.00**

6b.   **Taxes and certain other debts you owe the government**            6b.   _____ **$0.00**

6c.   **Claims for death or personal injury while you were intoxicated**  6c.   _____ **$0.00**

6d.   **Other.**  Add all other priority unsecured claims.  Write that amount here.  6d. + _____ **$0.00**

6e.   **Total.**  Add lines 6a through 6d.                                 6d.   _____ **$0.00**

**Total claim**

Total claims
from Part 2

6f.   **Student loans**                                                   6f.   _____ **$0.00**

6g.   **Obligations arising out of a separation agreement or divorce
       that you did not report as priority claims**                       6g.   _____ **$0.00**

6h.   **Debts to pension or profit-sharing plans, and other similar
       debts**                                                            6h.   _____ **$0.00**

6i.   **Other.**  Add all other nonpriority unsecured claims.  Write that amount here.  6i. + _____ **$9,648.00**

6j.   **Total.**  Add lines 6f through 6i.                                 6j.   _____ **$9,648.00**

**Fill in this information to identify your case:**

Debtor 1    **Victor**      **Manuel**      **Curto**
First Name      Middle Name      Last Name

Debtor 2    **Silvia**      **Lamaison**      **Curto**
(Spouse, if filing) First Name      Middle Name      Last Name

United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**

Case number    **18-31345**
(if known)

☐ Check if this is an amended filing

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases      12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying**
**correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this**

1. **Do you have any executory contracts or unexpired leases?**

    ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this f
    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

         **Person or company with whom you have the contract or lease    State what the contract or lease is for**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Victor** | **Manuel** | **Curto** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Silvia** | **Lamaison** | **Curto** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the **DISTRICT OF NEW JERSEY**

Case number **18-31345**
(if known)

☐ Check if this is an
amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.
If
two married people are filing together, both are equally responsible for supplying correct information.  If more space is
needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (Community property states and territories
   include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No.  Go to line 3.
   ☑ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☑ Yes

      In which community state or territory did you live? _____  Fill in the name and current address of that person.

      **Silvia Lamaison Curto**
      Name of your spouse, former spouse, or legal equivalent
      **49 Jordan Rd.**
      Number        Street

      | | | |
      |---|---|---|
      | **Colonioa** | **NJ** | **07067** |
      | City | State | ZIP Code |

3. **In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the
   person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the
   creditor on** *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G).  Use
   *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |
| **3.1**   **Silvia Curto** <br> Name | ☑ Schedule D, line **2.1** |
| **49 Jordan Rd** <br> Number   Street | ☐ Schedule E/F, line ____ |
| | ☐ Schedule G, line ____ |
| **Colonia**   **NJ**   **07067** <br> City   State   ZIP Code | **Internal Revenue Service** |

**Fill in this information to identify your case:**

| Debtor 1 | Victor | Manuel | Curto |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 (Spouse, if filing) | Silvia | Lamaison | Curto |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known)    18-31345

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write

| Part 1: | Describe Employment |
|---|---|

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | Real Estate Agent | Clerck |
| **Employer's name** | Keller Williams MTD | Pinhos Bakery |
| **Employer's address** | 223 Mountain Ave.<br>Number  Street | 1023 Chestnut Street<br>Number  Street |
| | Springfield  NJ  07081<br>City  State  Zip Code | Roselle  NJ  07203<br>City  State  Zip Code |
| **How long employed there?** | 3 Years | 8 Years |

| Part 2: | Give Details About Monthly Income |
|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $0.00 | $1,646.67 |
| **3.** | Estimate and list monthly overtime pay. | 3. + | $0.00 | $0.00 |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | $0.00 | $1,646.67 |

Debtor 1  **Victor Manuel Curto**

**Silvia Lamaison Curto**

Case number (if known) **18-31345**

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here .......................................................➔ 4. | $0.00 | $1,646.67 |
| **5.** | **List all payroll deductions:** | | |
| | **5a.** Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $159.73 |
| | **5b.** Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| | **5c.** Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| | **5d.** Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| | **5e.** Insurance | 5e. | $0.00 | $0.00 |
| | **5f.** Domestic support obligations | 5f. | $0.00 | $0.00 |
| | **5g.** Union dues | 5g. | $0.00 | $0.00 |
| | **5h.** Other deductions. Specify: _____ | 5h.+ | $0.00 | $0.00 |
| **6.** | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $0.00 | $159.73 |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $0.00 | $1,486.94 |
| **8.** | **List all other income regularly received:** | | | |
| | **8a.** Net income from rental property and from operating a | 8a. | $3,500.00 | $0.00 |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business | | | |
| | **8b.** Interest and dividends | 8b. | $0.00 | $0.00 |
| | **8c.** Family support payments that you, a non-filing spouse, or a | 8c. | $0.00 | $0.00 |
| | Include alimony, spousal support, child support, maintenance, | | | |
| | **8d.** Unemployment compensation | 8d. | $0.00 | $0.00 |
| | **8e.** Social Security | 8e. | $0.00 | $0.00 |
| | **8f.** Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Specify: _____ | 8f. | $0.00 | $0.00 |
| | **8g.** Pension or retirement income | 8g. | $0.00 | $0.00 |
| | **8h.** Other monthly income. Specify: _____ | 8h.+ | $0.00 | $0.00 |
| **9.** | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $3,500.00 | $0.00 |
| **10.** | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $3,500.00 + $1,486.94 = $4,986.94 |
| **11.** | **State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Specify: _____ | 11. + | $0.00 |
| **12.** | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies. | 12. | $4,986.94 |
| | | | **Combined monthly income** |
| **13.** | **Do you expect an increase or decrease within the year after you file this form?** | | |
| | ☑ No. | | |
| | ☐ Yes. Explain: | None. | |

Debtor 1    **Victor Manuel Curto**

　　　　　**Silvia Lamaison Curto**

Case number (if known) **18-31345**

8a.  Attached Statement (Debtor 1)

**Realtor**

**Gross Monthly Income:**　　　　　　　　　　　　　　　　　　　　　　　　**$4,300.00**

| Expense | Category | Amount |
|---------|----------|--------|
|  | Fuel | **$100.00** |
| advertising | Misc Supplies | **$200.00** |
| taxes | Taxes | **$500.00** |

**Total Monthly Expenses**　　　　　　　　　　　　　　　　　　　　　　　**$800.00**

**Net Monthly Income:**　　　　　　　　　　　　　　　　　　　　　　　　**$3,500.00**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Victor** | **Manuel** | **Curto** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Silvia** | **Lamaison** | **Curto** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the **DISTRICT OF NEW JERSEY**

Case number (if known)   **18-31345**

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

       ☑ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**     ☐ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☑ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **son** | **21** | ☐ No  ☑ Yes |
| **daughter** | **21** | ☐ No  ☑ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**     ☑ No     ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13
case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the
top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.**
   Include first mortgage payments and any rent for the ground or lot.

   4.    **$1,780.00**

   **If not included in line 4:**

   4a.  Real estate taxes                                               4a. _____

   4b.  Property, homeowner's, or renter's insurance                   4b. _____

   4c.  Home maintenance, repair, and upkeep expenses                  4c.        **$100.00**

   4d.  Homeowner's association or condominium dues                    4d. _____

Debtor 1    **Victor Manuel Curto**

**Silvia Lamaison Curto**

Case number (if known) **18-31345**

**Your expenses**

| | | |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. |
| 6. | **Utilities:** | |
| | 6a. Electricity, heat, natural gas | 6a. $250.00 |
| | 6b. Water, sewer, garbage collection | 6b. $50.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $515.00 |
| | 6d. Other. Specify: | 6d. |
| 7. | **Food and housekeeping supplies** | 7. $600.00 |
| 8. | **Childcare and children's education costs** | 8. |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $200.00 |
| 10. | **Personal care products and services** | 10. $150.00 |
| 11. | **Medical and dental expenses** | 11. $100.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $240.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $200.00 |
| 14. | **Charitable contributions and religious donations** | 14. $160.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a. |
| | 15b. Health insurance | 15b. |
| | 15c. Vehicle insurance | 15c. $298.00 |
| | 15d. Other insurance. Specify: | 15d. |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. |
| 17. | **Installment or lease payments:** | |
| | 17a. Car payments for Vehicle 1 **Car Payments** | 17a. $362.61 |
| | 17b. Car payments for Vehicle 2 | 17b. |
| | 17c. Other. Specify: | 17c. |
| | 17d. Other. Specify: | 17d. |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. |

| Debtor 1 | **Victor Manuel Curto** | | |
| | **Silvia Lamaison Curto** | Case number (if known) | **18-31345** |

**20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | _____ |
| 20b. | Real estate taxes | 20b. | _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | _____ |
| 20e. | Homeowner's association or condominium dues | 20e. | _____ |

**21. Other.** Specify: _____ 21. + _____

**22. Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$5,005.61** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | _____ |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | 22c. | **$5,005.61** |

**23. Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$4,986.94** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. − | **$5,005.61** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **($18.67)** |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage

☑ No.
☐ Yes. Explain here:
**None.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Victor** | **Manuel** | **Curto** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Silvia** | **Lamaison** | **Curto** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the **DISTRICT OF NEW JERSEY**

Case number **18-31345**
(if known)

☐ Check if this is an
amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended

## Part 1:    Summarize Your Assets

**Your assets**
Value of what you own

1.  *Schedule A/B: Property* (Official Form 106A/B)

　　1a.  Copy line 55, Total real estate, from Schedule A/B............................................................ | **$285,000.00**

　　1b.  Copy line 62, Total personal property, from Schedule A/B.................................................. | **$16,550.00**

　　1c.  Copy line 63, Total of all property on Schedule A/B........................................................... | **$301,550.00**

## Part 2:    Summarize Your Liabilities

**Your liabilities**
Amount you owe

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
　　2a.  Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Sch | **$393,593.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
　　3a.  Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................... | **$0.00**

　　3b.  Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............. **+** | **$9,648.00**

**Your total liabilities** | **$403,241.00**

## Part 3:    Summarize Your Income and Expenses

4.  *Schedule I: Your Income* (Official Form 106I)
　　Copy your combined monthly income from line 12 of Schedule I................................................ | **$4,986.94**

5.  *Schedule J: Your Expenses* (Official Form 106J)
　　Copy your monthly expenses from line 22c of Schedule J........................................................ | **$5,005.61**

| Debtor 1 | Victor Manuel Curto | | |
|---|---|---|---|
| | Silvia Lamaison Curto | Case number (if known) | **18-31345** |

---

## Part 4:    Answer These Questions for Administrative and Statistical Records

**6.    Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.
☑ Yes

**7.    What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

**8.    From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

$6,524.17

**9.    Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

|  | | Total claim |
|---|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | | |
| 9a. | Domestic support obligations.  (Copy line 6a.) | $0.00 |
| 9b. | Taxes and certain other debts you owe the government.  (Copy line 6b.) | $0.00 |
| 9c. | Claims for death or personal injury while you were intoxicated.  (Copy line 6c.) | $0.00 |
| 9d. | Student loans.  (Copy line 6f.) | $0.00 |
| 9e. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.) | $0.00 |
| 9f. | Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.) | + $0.00 |
| 9g. | **Total.**  Add lines 9a through 9f. | $0.00 |

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **Victor** | **Manuel** | **Curto** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Silvia** | **Lamaison** | **Curto** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**

Case number (if known)  **18-31345**

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are

X **/s/ Victor Manuel Curto**
Victor Manuel Curto, Debtor 1

Date  **11/01/2018**
MM / DD / YYYY

X **/s/ Silvia Lamaison Curto**
Silvia Lamaison Curto, Debtor 2

Date  **11/01/2018**
MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Victor** | **Manuel** | **Curto** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Silvia** | **Lamaison** | **Curto** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**

Case number **18-31345**
(if known)

☐ Check if this is an
amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**
    ☑ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**
    ☑ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
    *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas,
    Washington, and Wisconsin.)

    ☐ No
    ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1   **Victor Manuel Curto**

**Silvia Lamaison Curto**                                    Case number (if known) **18-31345**

| **Part 2:** | **Explain the Sources of Your Income** |
|---|---|

**4.**  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☑ No

☐ Yes.  Fill in the details.

**5.**  **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security;

unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties;

and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under

☑ No

☐ Yes.  Fill in the details.

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

**6.**  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the

total amount you paid that creditor.  Do not include payments for domestic support

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that

creditor.  Do not include payments for domestic support obligations, such as child support

Debtor 1   **Victor Manuel Curto**

**Silvia Lamaison Curto**    Case number (if known) **18-31345**

**7.** **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner;
corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and
any managing
agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic

☑ No
☐ Yes.  List all payments to an insider.

**8.** **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes.  List all payments that benefited an insider.

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

**9.** **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions,
support or custody

☑ No
☐ Yes.  Fill in the details.

**10.** **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No.  Go to line 11.
☐ Yes.  Fill in the information below.

**11.** Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any
amounts from your accounts or refuse to make a payment because you owed a debt?

☑ No
☐ Yes.  Fill in the details.

**12.** Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit
of

☑ No
☐ Yes

Debtor 1    **Victor Manuel Curto**

        **Silvia Lamaison Curto**

Case number (if known) **18-31345**

## Part 5:    List Certain Gifts and Contributions

**13.** Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

  ☑ No

  ☐ Yes.  Fill in the details for each gift.

**14.** Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600

  ☑ No

  ☐ Yes.  Fill in the details for each gift or contribution.

## Part 6:    List Certain Losses

**15.** Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire,

  ☑ No

  ☐ Yes.  Fill in the details.

## Part 7:    List Certain Payments or Transfers

**16.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

  ☑ No

  ☐ Yes.  Fill in the details.

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to

Do not include any payment or transfer that you listed on line 16.

  ☑ No

  ☐ Yes.  Fill in the details.

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property).

  ☑ No

  ☐ Yes.  Fill in the details.

**19.** Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called asset-protection devices.)

  ☑ No

  ☐ Yes.  Fill in the details.

| Debtor 1 | **Victor Manuel Curto** | | |
| | **Silvia Lamaison Curto** | Case number *(if known)* **18-31345** |

---

<table>
<tr><td>Part 8:</td><td>List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units</td></tr>
</table>

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

   Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage

   ☒ No
   ☐ Yes. Fill in the details.

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

   ☒ No
   ☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

   ☒ No
   ☐ Yes. Fill in the details.

<table>
<tr><td>Part 9:</td><td>Identify Property You Hold or Control for Someone Else</td></tr>
</table>

23. **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

   ☒ No
   ☐ Yes. Fill in the details.

<table>
<tr><td>Part 10:</td><td>Give Details About Environmental Information</td></tr>
</table>

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental**

   ☒ No
   ☐ Yes. Fill in the details.

Debtor 1    **Victor Manuel Curto**

**Silvia Lamaison Curto**                                      Case number (if known) **18-31345**

25. **Have you notified any governmental unit of any release of hazardous material?**
    ☑ No
    ☐ Yes.  Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and**

    ☑ No
    ☐ Yes.  Fill in the details.

---

**Part 11:     Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
    ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
    ☐ A partner in a partnership
    ☐ An officer, director, or managing executive of a corporation
    ☐ An owner of at least 5% of the voting or equity securities of a corporation

    ☑ No.  None of the above applies.  Go to Part 12.
    ☐ Yes.  Check all that apply above and fill in the details below for each business.

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include**

    ☐ No
    ☐ Yes.  Fill in the details below.

---

**Part 12:     Sign Below**

**I have read the answers on this** *Statement of Financial Affairs* **and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years,**

X **/s/ Victor Manuel Curto**                             X **/s/ Silvia Lamaison Curto**
   Victor Manuel Curto, Debtor 1                            Silvia Lamaison Curto, Debtor 2

   Date      **11/01/2018**                                 Date      **11/01/2018**

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____   Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Victor** | **Manuel** | **Curto** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Silvia** | **Lamaison** | **Curto** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the **DISTRICT OF NEW JERSEY**

Case number **18-31345**
(if known)

☐ Check if this is an
amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7

12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

- **creditors have claims secured by your property, or**
- **you have leased personal property and the lease has not expired.**

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause.  You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Hold Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Hold Claims Secured by Property* **(Official Form 106D),
   fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Internal Revenue Service**<br><br>Description of property securing debt: **49 Jordan Rd** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Creditor's name: **Internal Revenue Service**<br><br>Description of property securing debt: **personal assets** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Creditor's name: **Leaders Financial Comp**<br><br>Description of property securing debt: **2010 kia** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |

Debtor 1    Victor Manuel Curto

           Silvia Lamaison Curto

Case number (if known) **18-31345**

| **Identify the creditor and the property that is collateral** | **What do you intend to do with the property that secures a debt?** | **Did you claim the property as exempt on Schedule C?** |
|---|---|---|
| Creditor's name: **Mr. Cooper** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Description of property securing debt: **49 Jordan Rd** | | |

---

**Part 2:**   **List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below.  Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended.  You may assume an unexpired personal property lease if the trustee does not assume it.  11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**

**Will this lease be assumed?**

**None.**

---

**Part 3:**   **Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

X **/s/ Victor Manuel Curto**

Victor Manuel Curto, Debtor 1

Date **11/01/2018**
    MM / DD / YYYY

X **/s/ Silvia Lamaison Curto**

Silvia Lamaison Curto, Debtor 2

Date **11/01/2018**
    MM / DD / YYYY

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## TRENTON DIVISION

In re   **Victor Manuel Curto**

**Silvia Lamaison Curto**

Case No.   **18-31345**

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and
that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for
services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case
is as follows:

For legal services, I have agreed to accept................................................................   **$1,500.00**

Prior to the filing of this statement I have received......................................................   **$1,500.00**

Balance Due..........................................................................................................   **$0.00**

2.  The source of the compensation paid to me was:

☑ Debtor         ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor         ☐ Other (specify)

4.  ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and
associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with another person or persons who are not members or
associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the
compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in
bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **11/01/2018** | **/s/ ZAK ALJALUDI** |
| *Date* | *ZAK ALJALUDI*                     Bar No.  za9089 |
| | Aljaludi Law Firm LLC |
| | 311 Fairview Ave., 2nd Fl |
| | Fairview, NJ 07022 |
| | Phone: (201) 293-2733 / Fax: (201) 293-0242 |

---

  /s/ Victor Manuel Curto                                          /s/ Silvia Lamaison Curto

*Victor Manuel Curto*                                          *Silvia Lamaison Curto*

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

</td><td>

**Check one box only as directed in this form and in Form 122A-1Supp:**

</td></tr>
</table>

| | | |
|---|---|---|
| **Fill in this information to identify your case:** | | **Check one box only as directed in this form and in Form 122A-1Supp:** |

Debtor 1    **Victor**     **Manuel**     **Curto**
First Name    Middle Name    Last Name

Debtor 2    **Silvia**     **Lamaison**     **Curto**
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the **DISTRICT OF NEW JERSEY**

Case number **18-31345**
(if known)

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption
of abuse applies will be made under

☐ 3. The Means Test does not apply now because
of qualified military service but it could

☐ Check if this is an amended filing

**Official Form 122A-1**

# Chapter 7 Statement of Your Current Monthly Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1Supp) with this form.

## Part 1:    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

        ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

        ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $5,004.17 | $1,520.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $0.00 | $0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from | $0.00 | $0.00 |

Debtor 1   **Victor Manuel Curto**

**Silvia Lamaison Curto**

Case number (if known) **18-31345**

|  | *Column A*<br>**Debtor 1** | *Column B*<br>**Debtor 2 or<br>non-filing spouse** |
| --- | --- | --- |

**5. Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
| --- | --- | --- | --- | --- | --- |
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | $0.00 − | $0.00 | | | |
| Net monthly income from a business, profession, or farm | $0.00 | $0.00 | **Copy here ➔** | $0.00 | $0.00 |

**6. Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
| --- | --- | --- | --- | --- | --- |
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | $0.00 − | $0.00 | | | |
| Net monthly income from rental or other real property | $0.00 | $0.00 | **Copy here ➔** | $0.00 | $0.00 |

**7. Interest, dividends, and royalties** — $0.00 — $0.00

**8. Unemployment compensation** — $0.00 — $0.00

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ......↙

| | | |
| --- | --- | --- |
| For you................................................................. | $0.00 | |
| For your spouse.................................................... | $0.00 | |

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. — $0.00 — $0.00

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity,

Total amounts from separate pages, if any.    +_____  +_____

**11. Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

| $5,004.17 | + | $1,520.00 | = | $6,524.17 |
| --- | --- | --- | --- | --- |

**Total current monthly income**

Debtor 1    **Victor Manuel Curto**

**Silvia Lamaison Curto**                                              Case number (if known) **18-31345**

---

## Part 2:    Determine Whether the Means Test Applies to You

**12. Calculate your current monthly income for the year.** Follow these steps:

| | | |
|---|---|---|
| 12a. | Copy your total current monthly income from line 11.........................................**Copy line 11 here** ➔ 12a. | **$6,524.17** |
| | Multiply by 12 (the number of months in a year). | X    **12** |
| 12b. | The result is your annual income for this part of the form. 12b. | **$78,290.04** |

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    **New Jersey**

Fill in the number of people in your household.    **4**

Fill in the median family income for your state and size of household............................................... 13.    **$121,226.00**

To find a list of applicable median income amounts, go online using the link specified in the separate

**14. How do the lines compare?**

14a. ☑ Line 12b is less than or equal to line 13.  On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b. ☐ Line 12b is more than line 13.  On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

---

## Part 3:    Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X **/s/ Victor Manuel Curto**                          X **/s/ Silvia Lamaison Curto**
Victor Manuel Curto, Debtor 1                          Silvia Lamaison Curto, Debtor 2

Date **11/1/2018**                                     Date **11/1/2018**
MM / DD / YYYY                                         MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.